```
                            08 JUN 25 PM 4:45

                            [CLERK US DISTRICT COURT
                             SOUTHERN DISTRICT OF CALIFORNIA]

                                    cp         DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                              )<br>              Plaintiff,       )<br>                              )<br>     v.                       )<br>                              )<br>GENEVIEVE ESCUDERO,           )<br>                              )<br>              Defendant.      )<br>_____) | Criminal Case No. '08 CR 2112 LAB<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine and Methamphetamine; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Cocaine and Methamphetamine with Intent to Distribute |

The grand jury charges:

### Count 1

On or about May 31, 2008, within the Southern District of California, defendant GENEVIEVE ESCUDERO did knowingly and intentionally import 5 kilograms and more, to wit: approximately 7.02 kilograms (15.44 pounds) of cocaine, and 500 grams and more of a mixture and substance containing a detectable amount, to wit: approximately 10.86 kilograms (23.89 pounds) of methamphetamine, both Schedule II Controlled Substances, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//

PJM:em:Imperial
6/24/08

Count 2

On or about May 31, 2008, within the Southern District of California, defendant GENEVIEVE ESCUDERO did knowingly and intentionally possess, with intent to distribute, 5 kilograms and more, to wit: approximately 7.02 kilograms (15.44 pounds) of cocaine and 500 grams and more of a mixture and substance containing a detectable amount, to wit: approximately 10.86 kilograms (23.89 pounds) of methamphetamine, both Schedule II Controlled Substances; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: June 25, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CALEB E. MASON
Assistant U.S. Attorney