KAREN P. HEWITT
United States Attorney
PETER J. MAZZA
Assistant U.S. Attorney
California State Bar No. 239918
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5528/(619) 235-2757 (Fax)
Email: peter.mazza@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR2112-LAB |
| Plaintiff, | ) ) ) | NOTICE OF APPEARANCE |
| v. | ) ) ) | |
| GENEVIEVE ESCUDERO, | ) ) | |
| Defendant. | ) ) ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name

None

/ / / /

1    Effective this date, the following attorneys are no longer associated with this case and should

2    not receive any further Notices of Electronic Filings relating to activity in this case (if the generic

3    "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this

4    association):

5        Name

6        NONE

7        Please call me if you have any questions about this notice.

8        DATED: July 2, 2008

                                        Respectfully submitted,
9
                                        KAREN P. HEWITT
10                                       United States Attorney

11                                       s/ Peter J. Mazza
                                        _____
12                                       PETER J. MAZZA
                                        Assistant United States Attorney
13                                       Attorneys for Plaintiff
                                        United States of America
14                                       Email: peter.mazza@usdoj.gov

15

16

17

18

19

20

21

22

23

24

25

26

27   Notice of Appearance
     United States v. Genevieve Escudero                              08CR2112-LAB
28
                                        2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR2112-LAB |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Certificate of Service |
| GENEVIEVE ESCUDERO, | ) ) ) | |
| Defendant. | ) ) ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

    I, PETER J. MAZZA, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of a notice of appearance on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    1. STEPHEN DEMIK, ESQ.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on July 2, 2008.

                    s/ Peter J. Mazza
                    PETER J. MAZZA